UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YOLANDA GUADALUPE MENDEZ,<br><br>Defendant. | No. 3:19-CR-3336-MMA-1<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING**<br><br>[Doc. No. 47] |

Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion to continue the motion hearing/trial setting previously scheduled for March 24, 2021.  Accordingly, based on the facts set forth in the parties' joint motion and pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and **RESETS** the motion hearing/trial setting for **May 5, 2021 at 2:00 p.m.** in Courtroom 3D.

    **IT IS SO ORDERED**.

DATE: March 17, 2021

_____
HON. MICHAEL M. ANELLO
UNITED STATES DISTICT JUDGE